DeMille v DeMille (2004 NY Slip Op 50721(U))

[*1]

DeMille v DeMille

2004 NY Slip Op 50721(U)

Decided on July 1, 2004

Supreme Court, Nassau County

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on July 1, 2004

Supreme Court, Nassau County
VIRGINIA M. DeMille, Plaintiff
against
NELSON R. DeMille, Defendant

Opinion withdrawn from on-line only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. (See DeMille v DeMille, 2004 NY Slip Op 24279.)